■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON ALLEN, Appellant. [612 NYS2d 1016] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wiggins, J.—Assault, 3rd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISABEL MARINO, Appellant. [612 NYS2d 1016] —Judgment unanimously affirmed *(see, People v Allen,* 82 NY2d 761; *People v Griggs,* 199 AD2d 1073). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO GRANT, Appellant. [612 NYS2d 1017] —Judgment unanimously affirmed. Memorandum: The verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). We find the sentence neither harsh nor excessive. (Appeal from Judgment of Erie County Court, Rogowski, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ ROBERT KINGSTON, Respondent, v KISSING BRIDGE SKI AREA et al., Respondents, and NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant. (Appeal No. 2.) [612 NYS2d 996] — Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SPANN, SR., Appellant. (Appeal No. 1.) [612 NYS2d 996] — Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Lawton, Wesley and Callahan, JJ.